PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

JAN 19 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN CROSBY, *et al.*

    Defendants.

CASE NO. 2:17-CR-006 MCE

UNITED STATES'S REQUEST TO WITHDRAW ARREST WARRANTS AND TO ISSUE NOTICES TO APPEAR; ORDER

TO THE HONORABLE EDMUND F. BRENNAN:

On January 5, 2017, the Grand Jury returned an indictment against John Crosby, Ines Crosby, and Leslie Lohse charging them with various counts of conspiracy to embezzle tribal funds, embezzlement of tribal funds, obstruction, and violations of the Tax Code. Arrest warrants were issued. The United States has been informed that all three defendants have arrived in Sacramento and intend to make their initial appearances before this Court today, January 19, 2017.

Accordingly, based on this information, the United States hereby respectfully requests that the arrest warrants issued for John Crosby, Ines Crosby, and Leslie Lohse in this case be recalled immediately and that a notice to appear be issued forthwith commanding the appearance of each defendant for arraignment and initial appearance on January 19, 2017 at 2:00 p.m. before this Honorable Court.

USA REQUEST TO WITHDRAW WARRANT; ORDER      1

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2  Dated: January 19, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 4 | By: */s/ Todd A. Pickles*<br>TODD A. PICKLES<br>Assistant United States Attorney |

### ORDER

For the reasons stated above, and good cause showing, the Court hereby ORDERS that the arrest warrants for John Crosby, Ines Crosby, and Leslie Lohse are RECALLED IMMEDIATELY and that a notice to appear shall BE ISSUED FORTHWITH ordering each defendant to appear for arraignment and initial appearance on the Indictment on January 19, 2017, at 2:00 p.m., before this Court.

IT IS SO ORDERED.

Dated: **JAN 1 9 2017**

By: _____
HON. EDMUND F. BRENNAN
United States Magistrate Judge