1  KEKER, VAN NEST & PETERS LLP
   ELLIOT R. PETERS - # 158708
2  epeters@keker.com
   633 Battery Street
3  San Francisco, CA 94111-1809
   Telephone:  415 391 5400
4  Facsimile:   415 397 7188

5  Attorneys for Defendant JOHN A. CROSBY

6  KEKER, VAN NEST & PETERS LLP
   BENEDICT Y. HUR - # 224018
7  bhur@keker.com
   633 Battery Street
8  San Francisco, CA 94111-1809
   Telephone:  415 391 5400
9  Facsimile:   415 397 7188

10  Attorneys for Defendant INES S. CROSBY

11                        UNITED STATES DISTRICT COURT

12                        EASTERN DISTRICT OF CALIFORNIA

13                              SACRAMENTO DIVISION

14  UNITED STATES OF AMERICA,                    Case No. 2:17-CR-00006-MCE

15          Plaintiff,                           **WAIVER OF DEFENDANTS' PERSONAL PRESENCE AND [PROPOSED] ORDER THEREON**

16     v.

17  JOHN A. CROSBY, INES S. CROSBY, and          Date:   May 19, 2017
    LESLIE A. LOHSE,                             Time:   2:00 p.m.
18                                               Judge:  Hon. Carolyn K. Delaney
        Defendants.
19

20                                               Date Filed: January 5, 2017

21                                               Trial Date: Not Set

| | |
|---|---|
| 1 | Pursuant to Fed. R. Crim. P. 43(b)(3), Defendants John A. Crosby and Ines S. Crosby, having been advised of their right to be present at all stages of the proceedings, hereby request that this Court proceed in their absence at the motion hearing scheduled for May 19, 2017, and any other occasion that the Court may permit, pursuant to this waiver. Defendants agree that their interests shall be represented at all times by the presence of their attorneys, Keker, Van Nest & Peters LLP, the same as if Defendants were personally present, and requests that this court allow their attorneys to represent his interests at all times.

Defendants further agree that notice to Defendants' attorneys that Defendants' presence is required will be deemed notice to the Defendants of the requirement of their appearance at said time and place.

Defendants make this request due to the non-substantive nature of the hearing. The scheduled hearing is to address a dispute between the parties as to the appropriateness of the government's proposed protective order to govern the discovery to be provided. The hearing will discuss legal issues and the parties do not anticipate either side presenting sworn testimony.

Clients reside about a two-hour drive away—in and near Redding, California—and wish to reduce the expense of traveling to court for a non-substantive hearing.

This request is made pursuant to Fed. R. Crim. P. 43(b)(3).

Respectfully submitted,

Dated: May 18, 2017　　　　　　　　　　KEKER, VAN NEST & PETERS LLP

By: /s/ *Elliot R. Peters*
　　ELLIOT R. PETERS

Attorneys for Defendant
JOHN A. CROSBY

Dated: May 18, 2017　　　　　　　　　　KEKER, VAN NEST & PETERS LLP

By: /s/ *Benedict Y. Hur*
　　BENEDICT Y. HUR

Attorneys for Defendant
INES S. CROSBY |

1
WAIVER OF DEFENDANTS' PERSONAL PRESENCE AND [PROPOSED] ORDER THEREON
Case No. 2:17-CR-0006-MCE

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendants John A. Crosby and Ines S. Crosby's appearance may be waived at the motion hearing on May 19, 2017. |
| 4 | |
| 5 | Dated: May 22, 2017 |
| 6 | _____ |
| 7 | CAROLYN K. DELANEY<br>UNITED STATES MAGISTRATE JUDGE |