PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00006 MCE |
|---|---|
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JOHN CROSBY, *et al.*, | |
| Defendants. | |

**AMENDED STIPULATION**

1. By previous order, this matter was set for status on October 19, 2017.

2. By this amended stipulation, defendants now move to continue the status conference until November 30, 2017, and to exclude time between October 19, 2017, and November 30, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and related documents, business records, tribal documents, digital images, and various recordings. To date, approximately 280,000 pages of discovery and multiple multimedia disks containing in excess of 10 terabytes of data have been produced directly to defense counsel subject to the Court's protective order. In addition, the United States has made available for copying and inspection additional documents and evidence that is presently in the custody of the investigating

AMENDED STIPULATION RE: SPEEDY TRIAL ACT;
ORDER

1

agencies.

        b)       Counsel for defendants desire additional time consult with their clients, research the facts and law of this case, review the voluminous discovery in this matter that they have already received and anticipate receiving in the near future, and conduct resulting additional investigation and research. The parties are also meeting and conferring with respect to discovery and early disclosure of trial evidence.

        c)       Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)       The government does not object to the continuance. The government anticipates seeking trial dates and a motion schedule for all pretrial motions in conjunction with or after resolution of the parties' discovery disputes.

        e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 19, 2017 to November 30, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 17, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
MATTHEW M. YELOVICH
Assistant United States Attorneys

Dated:  October 17, 2017

KEKER, VAN NEST & PETERS, LLP

*/s/ Todd A. Pickles for*
ELLIOT R. PETERS, Esq.
Counsel for Defendant John Crosby

Dated:  October 17, 2017

KEKER, VAN NEST & PETERS, LLP

*/s/ Todd A. Pickles for*
BENEDICT Y. HUR, Esq.
Counsel for Defendant Ines Crosby

Dated: October 17, 2017

HEATHER WILLIAMS
Federal Public Defender

*/s/ Todd A. Pickles*
MATTHEW BOCKMON
JEROME PRICE
Assistant Federal Defenders
Counsel for Defendant Leslie Lohse

AMENDED STIPULATION RE: SPEEDY TRIAL ACT; ORDER

3

## ATTESTATIONS

The undersigned counsel of record for defendants John Crosby and Ines Crosby, jointly represented by the law firm Keker, Van Nest & Peters, LLP, hereby attest and affirm that they are not presently aware of any actual conflicts of interest regarding the joint representation of John Crosby and Ines Crosby.

IT IS SO ATTESTED.

Dated: October 17, 2017                    KEKER, VAN NEST & PETERS, LLP

*/s/ Elliot R. Peters*
ELLIOT R. PETERS, Esq.
Counsel for Defendant John Crosby

Dated: October 17, 2017                    KEKER, VAN NEST & PETERS, LLP

*/s/ Benedict Y. Hur*
BENEDICT Y. HUR, Esq.
Counsel for Defendant Ines Crosby

## ORDER

IT IS SO ORDERED.

Dated: October 17, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE