| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188<br><br>Attorney for Defendant<br>JOHN CROSBY | KEKER, VAN NEST & PETERS LLP<br>BENEDICT Y. HUR - # 224018<br>bhur@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188<br><br>Attorney for Defendant<br>INES CROSBY |
| McGREGOR SCOTT<br>United States Attorney<br>TODD A. PICKLES<br>todd.pickles@usdoj.gov<br>MATTHEW M. YELOVICH<br>Matthew.yelovich@usdoj.gov<br>Assistant United States Attorneys<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: 916 554 2700<br>Facsimile: 916 554 2900<br><br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA | OFFICE OF THE FEDERAL PUBLIC DEFENDER<br>MATTHEW C. BOCKMON<br>matthew_bockmon@fd.org<br>JEROME PRICE<br>Jerome_price@fd.org<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>Telephone: 916 498 5706<br>Facsimile: 916 498 5710<br><br>Attorneys for Defendant<br>LESLIE A. LOHSE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN A. CROSBY, INES S. CROSBY, and LESLIE A. LOHSE,<br><br>　　　　　Defendants. | Case No. 2:17-CR-0006 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date Filed: January 5, 2017 |

1.　By previous order, this matter was set for a further status conference on March 1, 2018.

2.　Counsel for Defendant John Crosby now has an unavoidable scheduling conflict on March 1, 2018, and all parties have agreed to move the date of the further status conference by

1

one week, to March 8, 2018. The Clerk has advised that this date is available for a further status conference before the Court. The parties have also agreed to exclude time between March 1, 2018, and March 8, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for Defendant John Crosby has an unavoidable scheduling conflict on March 1, 2018, the currently scheduled date for the further status conference in this matter.

b) Counsel for the Government and the other Defendants in this matter have agreed to a continuance of the further status conference by one week, until March 8, 2018.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 1, 2018 to March 8, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Rule T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 5, 2018                KEKER, VAN NEST & PETERS LLP

                                       By:   */s/ Elliot R. Peters*
                                             ELLIOT R. PETERS

                                             Attorney for Defendant
                                             JOHN CROSBY

| | | |
|---|---|---|
| Dated: February 5, 2018 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Benedict Y. Hur* (as authorized on 2/5/2018) <br> BENEDICT Y. HUR <br><br> Attorney for Defendant <br> INES CROSBY |
| Dated: February 5, 2018 | | MCGREGOR SCOTT <br> United States Attorney |
| | By: | */s/ Todd A. Pickles* (as authorized on 2/5/2018) <br> TODD A. PICKLES <br> MATTHEW M. YELOVICH <br><br> Attorneys for Plaintiff <br> UNITED STATES OF AMERICA |
| Dated: February 5, 2018 | | HEATHER WILLIAMS <br> Federal Public Defender |
| | By: | */s/ Jerome Price* (as authorized on 2/5/2018) <br> MATTHEW BOCKMON <br> JEROME PRICE <br><br> Assistant Federal Defenders <br> Counsel for Defendant <br> LESLIE LOHSE |

**ORDER**

IT IS SO ORDERED.

Dated: February 8, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE