1  PHILLIP A. TALBERT
   Attorney for the United States
2  Acting Under Authority Conferred by 28 U.S.C. § 515
   TODD A. PICKLES
3  MATTHEW M. YELOVICH
   Assistant United States Attorneys
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
6
   Attorneys for Plaintiff
7  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00006 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING TRIAL DATES, MOTION SCHEDULE, AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JOHN CROSBY, *et al.*, | DATE: March 8, 2018 |
| Defendants. | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 8, 2018.

2. By this stipulation, the parties now jointly move to (1) vacate the March 8, 2018 status conference, (2) set a trial date of September 30, 2019, (3) set a pretrial motions deadline of January 15, 2019, and associated schedule, (4) set a trial confirmation hearing on August 1, 2019, and (5) exclude time between March 8, 2018, and September 30, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes investigative reports and related documents, business records, tribal documents, digital images, recordings, and forensic reports and data. To date, hundreds of thousands of pages of discovery, multiple multimedia disks, and

multiple terabytes worth of digital evidence have been produced directly to defense counsel. In addition, in February 2018, defense counsel inspected and copied multiple boxes of hard copy documents seized during the investigation that had been made available at government offices in Redding, California. All of this discovery has been produced directly to counsel for the defendants.

        b)        The parties believe that setting a trial date in this matter is appropriate at this time.

        c)        Counsel for the defendants desire additional time to investigate the case, discuss potential pretrial motions with their clients, conduct additional legal and factual research, and review and analyze the voluminous discovery in this matter. Given the large number of documents in this case and the nature of the charges, defense counsel believes that an exclusion of time through the first day of trial is justified by their need to prepare adequately for trial.

        d)        Counsel for the defendants believe that failure to grant the above-requested exclusion of time under the Speedy Trial Act would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)        The government joins in the request.

        f)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 8, 2018 to September 30, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        In order to conserve judicial resources, the parties further stipulate that setting a motions schedule for pretrial motions is appropriate at this time. This deadline will apply to any pretrial motions brought pursuant to Fed. R. Crim. P. 12(b)(3)(A)–(D). Accordingly, the parties request that the Court adopt the following pretrial motions schedule: all pretrial motions brought pursuant to Fed. R. Crim. P.

12(b)(3)(A)–(D) shall be due on or before January 15, 2019; any opposition by the nonmoving party shall be due on or before February 15, 2019; the moving party's optional reply shall be due on or before March 15, 2019; and a motions hearing, if any, shall be held on April 4, 2019.

5. Finally, the parties request that this Court set a trial confirmation hearing for August 1, 2019.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

1     6.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence. For example, the filing of pretrial motions may independently exclude time in this case prior to their prompt disposition, per Local Code E.

IT IS SO STIPULATED.

Dated: March 6, 2018                                    PHILLIP A. TALBERT
                                                       Attorney for the United States
                                                       Acting Under Authority
                                                       Conferred by 28 U.S.C. § 515

                                                       /s/ MATTHEW M. YELOVICH
                                                       TODD A. PICKLES
                                                       MATTHEW M. YELOVICH
                                                       Assistant United States Attorneys

Dated: March 6, 2018                                    KEKER, VAN NEST & PETERS, LLP

                                                       */s/ Elliot R. Peters, Esq.*
                                                       ELLIOT R. PETERS, Esq.
                                                       Counsel for Defendant John Crosby

Dated: March 6, 2018                                    KEKER, VAN NEST & PETERS, LLP

                                                       */s/ Benedict Y. Hur, Esq.*
                                                       BENEDICT Y. HUR, Esq.
                                                       ERIN E. MEYERS, Esq.
                                                       Counsel for Defendant Ines Crosby

Dated: March 6, 2018                                    HEATHER WILLIAMS
                                                       Federal Public Defender

                                                       */s/ Jerome Price*
                                                       MATTHEW BOCKMON
                                                       JEROME PRICE
                                                       RACHELLE BARBOUR
                                                       Assistant Federal Defenders
                                                       Counsel for Defendant Leslie Lohse

## ATTESTATIONS

The undersigned counsel of record for defendants John Crosby and Ines Crosby, jointly represented by the law firm Keker, Van Nest & Peters, LLP, hereby attest and affirm that they are not presently aware of any actual conflicts of interest regarding the joint representation of John Crosby and Ines Crosby.

IT IS SO ATTESTED.

Dated: March 6, 2018

KEKER, VAN NEST & PETERS, LLP

*/s/ Elliot R. Peters, Esq.*
ELLIOT R. PETERS, Esq.
Counsel for Defendant John Crosby

Dated: March 6, 2018

KEKER, VAN NEST & PETERS, LLP

*/s/ Benedict Y. Hur, Esq.*
BENEDICT Y. HUR, Esq.
ERIN E. MEYERS, Esq.
Counsel for Defendant Ines Crosby

## ORDER

IT IS SO ORDERED.

Dated: March 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE