1  KEKER, VAN NEST & PETERS LLP
   ELLIOT R. PETERS - # 158708
2  epeters@keker.com
   633 Battery Street
3  San Francisco, CA 94111-1809
   Telephone:   415 391 5400
4  Facsimile:   415 397 7188

5  Attorneys for Defendant
   JOHN A. CROSBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00006-MCE |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER REMOVING CONDITIONS AND SUPERVISION OF DEFENDANT JOHN A. CROSBY** |
| v. | |
| JOHN A. CROSBY, INES S. CROSBY, and LESLIE A. LOHSE, | Hon. Edmund F. Brennan |
| Defendants. | Date Filed: January 5, 2017 |
| | Trial Date: September 30, 2019 |

JOINT STIPULATION AND [PROPOSED] ORDER REMOVING CONDITIONS AND SUPERVISION
OF DEFENDANT JOHN A. CROSBY
Case No. 2:17-CR-0006-MCE

1285156.01

1 | IT IS HEREBY STIPULATED between plaintiff, United States of America, and
2 | Defendant John A. Crosby, through their respective attorneys, that Mr. Crosby's pre-trial
3 | supervision should be terminated and that he should remain out of custody on the presently set
4 | $150,000 unsecured appearance bond. As a condition of his pretrial release, Mr. Crosby shall
5 | comply with all federal, state, and local laws. This stipulation was approved by Pretrial Services
6 | Officer Renee Basurto.

On January 19, 2017, the Court ordered Mr. Crosby released on conditions of pre-trial supervision and a $150,000 unsecured appearance bond. (ECF Nos. 16 and 23.) Mr. Crosby has remained on pre-trial supervision since that time without incident. Based on the foregoing, the parties stipulate that Mr. Crosby's pre-trial supervision should be terminated, he be ordered released on the presently set $150,000 unsecured appearance bond, and that condition number six, governing his passport, should remain in effect.

Dated: June 8, 2018　　　　　　　　　　　　　　KEKER, VAN NEST & PETERS LLP

By:　/s/ *Elliot R. Peters*
　　　ELLIOT R. PETERS

Attorneys for Defendant
JOHN A. CROSBY

Dated: June 8, 2018

By:　/s/ *Todd A. Pickles* (with permission)
　　　TODD A. PICKLES

Attorneys for Plaintiff
UNITED STATES OF AMERICA

1
JOINT STIPULATION AND [~~PROPOSED~~] ORDER REMOVING CONDITIONS AND SUPERVISION
OF DEFENDANT JOHN A. CROSBY
Case No. 2:17-CR-0006-MCE

1285156.01

**ORDER**

The Court, having read and considered the parties' stipulation, that John A. Crosby's pre-trial supervision be terminated, hereby orders that he ~~be~~ remain released on the presently set $150,000 unsecured appearance bond, and that condition number six of his conditions of pre-trial release, concerning his passport, shall remain in effect. As a condition of his pretrial release, Mr. Crosby shall comply with all federal, state, and local laws.

DATED: June 11, 2018.

_____
Hon. Edmund F. Brennan
United States Magistrate Judge

2
JOINT STIPULATION AND [~~PROPOSED~~] ORDER REMOVING CONDITIONS AND SUPERVISION
OF DEFENDANT JOHN A. CROSBY
Case No. 2:17-CR-0006-MCE

1285156.01