PHILLIP A. TALBERT
United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515
TODD A. PICKLES
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00006 MCE |
|---|---|
| Plaintiff, | STIPULATION TO AMEND SCHEDULE FOR PRETRIAL MOTIONS; ORDER |
| v. | |
| JOHN CROSBY, *et al.*, | |
| Defendants. | |

**STIPULATION**

1. By previous order, this Court set a schedule for pretrial motions pursuant to Fed. R. Crim. P. 12(b)(3)(A)-(D), with the deadline for filing such motions set for on or before January 15, 2019. ECF Dckt. No. 60.

2. The parties are presently discussing the possibility of resolution, and agree that it is in the best interests of all parties to continue the deadline for pretrial motions.

3. Accordingly, the parties agree and stipulate, and request that the Court amend the previously set schedule for pretrial motions and adopt the following:

    a. All pretrial motions brought pursuant to Fed. R. Crim. P. 12(b)(3)(A)-(D) shall be filed on or before February 15, 2019;

    b. Any opposition by the non-moving party shall be filed on or before March 15, 2019;

    c. The moving party's optional reply shall be filed on or before April 15, 2019; and

    d. A hearing on the motions, if any, shall be held on May 2, 2019, or as soon thereafter as may be available to the Court.

  4. The trial date set for September 30, 2019, and the trial confirmation hearing set for August 1, 2019, shall remain as previously scheduled. The parties presently estimate that the trial will take approximately 14 court days to conclude, excluding time for jury deliberation.

  5. The Court has previously found that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 8, 2018 to September 30, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. The parties confirm by this stipulation that such a finding should be reaffirmed, as the defendants still require until September 30, 2019 to prepare for trial.

  6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 4, 2019                         PHILLIP A. TALBERT
                                                United States Attorney
                                                Acting Under Authority Conferred by 28
                                                U.S.C. § 515

                                                */s/ Todd A. Pickles*
                                                TODD A. PICKLES
                                                MATTHEW M. YELOVICH
                                                Assistant United States Attorneys


Dated:  January 7, 2019                         KEKER, VAN NEST & PETERS, LLP

                                                */s/ Elliot R. Peters, as authorized*
                                                ELLIOT R. PETERS, Esq.
                                                ERIN MEYER, Esq.
                                                Counsel for Defendant John Crosby


Dated:  January 7, 2019                         KEKER, VAN NEST & PETERS, LLP

                                                */s/ Benedict Y. Hur, as authorized*
                                                BENEDICT Y. HUR, Esq.
                                                Counsel for Defendant Ines Crosby


Dated: January 7, 2019                          HEATHER WILLIAMS
                                                Federal Public Defender

                                                */s/ Matthew Bockmon, as authorized*
                                                MATTHEW BOCKMON
                                                JEROME PRICE
                                                Assistant Federal Defenders
                                                Counsel for Defendant Leslie Lohse

## ATTESTATIONS

The undersigned counsel of record for defendants John Crosby and Ines Crosby, jointly represented by the law firm Keker, Van Nest & Peters, LLP, hereby attest and affirm that they are not presently aware of any actual conflicts of interest regarding the joint representation of John Crosby and Ines Crosby.

IT IS SO ATTESTED.

Dated: January 7, 2019

KEKER, VAN NEST & PETERS, LLP

*/s/ Elliot R. Peters*
*/s/ Erin Meyer*
ELLIOT R. PETERS, Esq.
ERIN MEYER, Esq.
Counsel for Defendant John Crosby

Dated: January 7, 2019

KEKER, VAN NEST & PETERS, LLP

*/s/ Benedict Y. Hur*
BENEDICT Y. HUR, Esq.
Counsel for Defendant Ines Crosby

## ORDER

IT IS SO ORDERED.

Dated: January 9, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE