| | |
|---|---|
| 1<br>2<br>3<br>4 | KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS - # 158708<br>epeters@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188 |
| 5 | Attorneys for Defendant JOHN A. CROSBY |
| 6<br>7<br>8<br>9 | KEKER, VAN NEST & PETERS LLP<br>BENEDICT Y. HUR - # 224018<br>bhur@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188 |
| 10 | Attorneys for Defendant INES S. CROSBY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>JOHN A. CROSBY, INES S. CROSBY, and LESLIE A. LOHSE,<br><br>                Defendants. | Case No. 2:17-CR-00006-MCE<br><br>**STIPULATION TO AMEND SCHEDULE FOR PRETRIAL MOTIONS; ORDER**<br><br>Judge:        Hon. Morrison C. England, Jr.<br><br>Date Filed: January 5, 2017<br><br>Trial Date: September 30, 2019 |

STIPULATION TO AMEND SCHEDULE FOR PRETRIAL MOTIONS; ORDER
Case No. 2:17-CR-00006-MCE

1319572.v1

**STIPULATION**

1. By previous order, this Court set a schedule for pretrial motions pursuant to Fed. R. Crim. P. 12(b)(3)(A)-(D), with the deadline for filing such motions set for on or before January 15, 2019. ECF Dkt. No. 60.

2. Pursuant to the stipulation of the parties in light of discussions of possible resolution, the Court ordered that the deadline for filing such motions be extended to February 15, 2019. ECF Dkt. No. 68.

3. The parties are continuing to discuss the possibility of resolution and agree that it is in the best interests of all parties to continue the deadline for pretrial motions.

4. Accordingly, the parties agree and stipulate, and request that the Court amend the previously set schedule for pretrial motions and adopt the following:

   a. All pretrial motions brought pursuant to Fed. R. Crim. P. 12(b)(3)(A)-(D) shall be filed on or before March 18, 2019;

   b. Any opposition by the non-moving party shall be filed on or before April 15, 2019;

   c. The moving party's optional reply shall be filed on or before May 15, 2019; and

   d. A hearing on the motions, if any, shall be held on June 6, 2019, or as soon thereafter as may be available to the Court.

5. The trial date set for September 30, 2019, and the trial confirmation hearing set for August 1, 2019, shall remain as previously scheduled. The parties presently estimate that the trial will take approximately 14 court days to conclude, excluding time for jury deliberation.

6. The Court has previously found that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 8, 2018 to September 30, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. The

parties confirm by this stipulation that such a finding should be reaffirmed, as the defendants still require until September 30, 2019 to prepare for trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 8, 2019                    KEKER, VAN NEST & PETERS LLP

                                           By: /s/ *Elliot R. Peters*
                                               ELLIOT R. PETERS

                                               Attorneys for Defendant
                                               JOHN A. CROSBY

Dated: February 8, 2019                    KEKER, VAN NEST & PETERS LLP

                                           By: /s/ *Benedict Y. Hur*
                                               BENEDICT Y. HUR

                                               Attorneys for Defendant
                                               INES S. CROSBY

Dated: February 8, 2019                    UNITED STATES ATTORNEY
                                           Acting Under Authority Conferred by 28
                                           U.S.C. § 515

                                           By: /s/ *Matthew M. Yelovich as authorized on February 7, 2019*
                                               MATTHEW M. YELOVICH
                                               PHILLIP A. TALBERT
                                               Assistant United States Attorney

                                               Attorneys for Plaintiff
                                               UNITED STATES OF AMERICA

1319572.v1

| | | |
|---|---|---|
| Dated: February 8, 2019 | | HEATHER WILLIAMS<br>Federal Public Defender |
| | By: | /s/ *Jerome Price, as authorized on February 7, 2019*<br>MATTHEW BOCKMON<br>JEROME PRICE<br>Assistant Federal Defenders<br><br>Attorneys for Defendant<br>LESLIE LOHSE |

**ORDER**

IT IS SO ORDERED.

Dated: February 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE