KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:	415 391 5400
Facsimile:	415 397 7188

Attorneys for Defendant JOHN A. CROSBY

KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:	415 391 5400
Facsimile:	415 397 7188

Attorneys for Defendant INES S. CROSBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN A. CROSBY, INES S. CROSBY, and LESLIE A. LOHSE,<br><br>Defendants. | Case No. 2:17-CR-00006-MCE<br><br>**STIPULATION TO AMEND SCHEDULE FOR PRETRIAL MOTIONS AND TRIAL CONFIRMATION; ORDER**<br><br>Judge:	Hon. Morrison C. England, Jr.<br><br>Date Filed: January 5, 2017<br><br>Trial Date: September 30, 2019 |

**STIPULATION**

1. By previous order, this Court set a schedule for pretrial motions pursuant to Fed. R. Crim. P. 12(b)(3)(A)-(D), with the deadline for filing such motions set for on or before January 15, 2019. ECF Dkt. No. 60.

2. Pursuant to the stipulation of the parties in light of discussions of possible resolution, the Court ordered that the deadline for filing such motions be extended first to February 15, 2019, then to March 18, 2019, and then to May 15, 2019. ECF Dkt. Nos. 68, 71, 73.

3. The parties are continuing to discuss the possibility of resolution and agree that it is in the best interests of all parties to continue the deadline for pretrial motions.

4. Accordingly, the parties agree and stipulate, and request that the Court amend the previously set schedule for pretrial motions and adopt the following:

 i) All pretrial motions brought pursuant to Fed. R. Crim. P. 12(b)(3)(A)-(D) shall be filed on or before June 13, 2019;

 ii) Any opposition by the non-moving party shall be filed on or before July 8, 2019;

 iii) The moving party's optional reply shall be filed on or before July 18, 2019; and

 iv) A hearing on the motions, if any, shall be held on August 1, 2019, or as soon thereafter as may be available to the Court.

5. Additionally, in light of the proposed briefing and hearing schedule for pretrial motions, the parties agree and stipulate, and request that the Court continue the date of the trial confirmation hearing currently set for August 1, 2019 to August 15, 2019.

6. The trial date set for September 30, 2019 shall remain as previously scheduled. The parties presently estimate that the trial will take approximately 14 court days to conclude, excluding time for jury deliberation.

7. The Court has previously found that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 8, 2018 to September 30, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§

3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. The parties confirm by this stipulation that such a finding should be reaffirmed, as the defendants still require until September 30, 2019 to prepare for trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 7, 2019                                          KEKER, VAN NEST & PETERS LLP

                                                    By:  /s/ *Elliot R. Peters*
                                                         ELLIOT R. PETERS

                                                         Attorneys for Defendant
                                                         JOHN A. CROSBY

Dated: May 7, 2019                                          KEKER, VAN NEST & PETERS LLP

                                                    By:  /s/ *Benedict Y. Hur*
                                                         BENEDICT Y. HUR

                                                         Attorneys for Defendant
                                                         INES S. CROSBY

Dated: May 6, 2019                                          PHILLIP A. TALBERT
                                                            UNITED STATES ATTORNEY
                                                            Acting Under Authority Conferred by 28
                                                            U.S.C. § 515

                                                    By:  /s/ *Matthew M. Yelovich as authorized on May 6, 2019*
                                                         MATTHEW M. YELOVICH
                                                         Assistant United States Attorney

                                                         Attorneys for Plaintiff
                                                         UNITED STATES OF AMERICA

2
STIPULATION TO AMEND SCHEDULE FOR PRETRIAL MOTIONS AND TRIAL CONFIRMATION;
ORDER
Case No. 2:17-CR-00006-MCE
1327415

| | | |
|---|---|---|
| Dated: May 7, 2019 | | HEATHER WILLIAMS<br>Federal Public Defender |
| | By: | /s/ *Matthew Bockmon, as authorized on May 7, 2019*<br>MATTHEW BOCKMON<br>JEROME PRICE<br>Assistant Federal Defenders<br><br>Attorneys for Defendant<br>LESLIE LOHSE |

## ATTESTATIONS

The undersigned counsel of record for defendants John Crosby and Ines Crosby, jointly represented by the law firm Keker, Van Nest & Peters, LLP, hereby attest and affirm that they are not presently aware of any actual conflicts of interest regarding the joint representation of John Crosby and Ines Crosby.

IT IS SO ATTESTED.

Dated: May 7, 2019                                   KEKER, VAN NEST & PETERS LLP

                                                      By: /s/ *Elliot R. Peters*
                                                          ELLIOT R. PETERS

                                                          Attorneys for Defendant
                                                          JOHN A. CROSBY

Dated: May 7, 2019                                   KEKER, VAN NEST & PETERS LLP

                                                      By: /s/ *Benedict Y. Hur*
                                                          BENEDICT Y. HUR

                                                          Attorneys for Defendant
                                                          INES S. CROSBY

## ORDER

IT IS SO ORDERED.

Dated: May 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE