KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant JOHN A. CROSBY

KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant INES S. CROSBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN A. CROSBY, INES S. CROSBY, and LESLIE A. LOHSE,<br><br>Defendants. | Case No. 2:17-CR-00006-MCE<br><br>**STIPULATION TO AMEND SCHEDULE FOR PRETRIAL MOTIONS; ORDER**<br><br>Judge: Hon. Morrison C. England, Jr.<br><br>Date Filed: January 5, 2017<br><br>Trial Date: September 30, 2019 |

# STIPULATION

1.  By previous order, this Court set a schedule for pretrial motions pursuant to Fed. R. Crim. P. 12(b)(3)(A)-(D), with the deadline for filing such motions set for on or before January 15, 2019. ECF Dkt. No. 60.

2.  Pursuant to the stipulation of the parties in light of discussions of possible resolution, the Court ordered that the deadline for filing such motions be extended first to February 15, 2019, then to March 18, 2019, then to May 15, 2019, and then to June 13, 2019. ECF Dkt. Nos. 68, 71, 73, 75.

3.  The parties are continuing to discuss the possibility of resolution and agree that it is in the best interests of all parties to continue the deadline for pretrial motions.

4.  Accordingly, the parties agree and stipulate, and request that the Court amend the previously set schedule for pretrial motions and adopt the following:

    i) All pretrial motions brought pursuant to Fed. R. Crim. P. 12(b)(3)(A)-(D) shall be filed on or before June 20, 2019;

    ii) Any opposition by the non-moving party shall be filed on or before July 11, 2019;

    iii) The moving party's optional reply shall be filed on or before July 18, 2019 (as currently scheduled); and

    iv) A hearing on the motions, if any, shall be held on August 1, 2019 (as currently scheduled), or as soon thereafter as may be available to the Court.

5.  The trial date set for September 30, 2019, and the trial confirmation hearing set for August 15, 2019, shall remain as previously scheduled. The parties presently estimate that the trial will take approximately 14 court days to conclude, excluding time for jury deliberation.

6.  The Court has previously found that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 8, 2018 to September 30, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice

served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. The parties confirm by this stipulation that such a finding should be reaffirmed, as the defendants still require until September 30, 2019 to prepare for trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 10, 2019                                KEKER, VAN NEST & PETERS LLP


By: /s/ *Elliot R. Peters*
    ELLIOT R. PETERS

    Attorneys for Defendant
    JOHN A. CROSBY

Dated: June 10, 2019                                KEKER, VAN NEST & PETERS LLP


By: /s/ *Benedict Y. Hur*
    BENEDICT Y. HUR

    Attorneys for Defendant
    INES S. CROSBY

Dated: June 10, 2019                                PHILLIP A. TALBERT
                                                    UNITED STATES ATTORNEY
                                                    Acting Under Authority Conferred by 28
                                                    U.S.C. § 515


By: /s/ *Matthew M. Yelovich as authorized on June 7, 2019*
    MATTHEW M. YELOVICH
    Assistant United States Attorney

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

1329661

| | | |
|---|---|---|
| Dated: June 10, 2019 | By: | HEATHER WILLIAMS<br>Federal Public Defender<br><br>/s/ *Jerome Price, as authorized on June 7, 2019*<br>JEROME PRICE<br>Assistant Federal Defender<br><br>Attorneys for Defendant<br>LESLIE LOHSE |

1329661

# ATTESTATIONS

The undersigned counsel of record for defendants John Crosby and Ines Crosby, jointly represented by the law firm Keker, Van Nest & Peters, LLP, hereby attest and affirm that they are not presently aware of any actual conflicts of interest regarding the joint representation of John Crosby and Ines Crosby.

IT IS SO ATTESTED.

Dated: June 10, 2019　　　　　　　　　　　KEKER, VAN NEST & PETERS LLP

By: /s/ *Elliot R. Peters*
　　ELLIOT R. PETERS

Attorneys for Defendant
JOHN A. CROSBY

Dated: June 10, 2019　　　　　　　　　　　KEKER, VAN NEST & PETERS LLP

By: /s/ *Benedict Y. Hur*
　　BENEDICT Y. HUR

Attorneys for Defendant
INES S. CROSBY

# ORDER

IT IS SO ORDERED.

Dated: June 11, 2019

*[signature]*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE