1  KEKER, VAN NEST & PETERS LLP
   ELLIOT R. PETERS - # 158708
2  epeters@keker.com
   633 Battery Street
3  San Francisco, CA 94111-1809
   Telephone:   415 391 5400
4  Facsimile:   415 397 7188

5  Attorneys for Defendant JOHN A. CROSBY

6  KEKER, VAN NEST & PETERS LLP
   ERIN E. MEYER - # 274244
7  emeyer@keker.com
   JULIA L. ALLEN - # 286097
8  jallen@keker.com
   633 Battery Street
9  San Francisco, CA 94111-1809
   Telephone:   415 391 5400
10 Facsimile:   415 397 7188

11 Attorneys for Defendant INES S. CROSBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00006-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | Judge:   Hon. Morrison C. England, Jr. |
| JOHN A. CROSBY, INES S. CROSBY, and LESLIE A. LOHSE, | |
| Defendants. | |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | 1. On August 15, 2019, the Court accepted the guilty pleas of John Crosby, Ines Crosby, and Leslie Lohse and set sentencing for January 30, 2020. |
| 4 | 2. To accommodate the schedule of the parties' and probation, the parties hereby agree and stipulate to continue the sentencing hearing from January 30, 2020 to February 27, 2020. |

IT IS SO STIPULATED.

Dated: November 4, 2019                                KEKER, VAN NEST & PETERS LLP

By: /s/ *Elliot R. Peters*
    ELLIOT R. PETERS

    Attorneys for Defendant
    JOHN A. CROSBY

Dated: November 4, 2019                                KEKER, VAN NEST & PETERS LLP

By: */s/ Julia L. Allen*
    ERIN E. MEYER
    JULIA L. ALLEN

    Attorneys for Defendant
    INES S. CROSBY

Dated: November 4, 2019                                PHILLIP A. TALBERT
                                                       UNITED STATES ATTORNEY
                                                       Acting Under Authority Conferred by 28
                                                       U.S.C. § 515

By: /s/ *Christina McCall as authorized on November 4, 2019*
    CHRISTINA MCCALL
    Assistant United States Attorney

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

| | | |
|---|---|---|
| Dated: November 4, 2019 | | HEATHER WILLIAMS<br>Federal Public Defender |
| | By: | /s/ *Jerome Price, as authorized on November 4, 2019*<br>JEROME PRICE<br>Assistant Federal Defender |
| | | Attorneys for Defendant<br>LESLIE LOHSE |

## ATTESTATIONS

The undersigned counsel of record for defendants John Crosby and Ines Crosby, jointly represented by the law firm Keker, Van Nest & Peters, LLP, hereby attest and affirm that they are not presently aware of any actual conflicts of interest regarding the joint representation of John Crosby and Ines Crosby.

IT IS SO ATTESTED.

Dated: November 4, 2019            KEKER, VAN NEST & PETERS LLP

By: /s/ *Elliot R. Peters*
ELLIOT R. PETERS

Attorneys for Defendant
JOHN A. CROSBY

Dated: November 4, 2019            KEKER, VAN NEST & PETERS LLP

By: */s/ Julia L. Allen*
JULIA L. ALLEN

Attorneys for Defendant
INES S. CROSBY

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the reasons provided in the stipulation of the parties above, with the consent of |
| 3 | all parties, the Court orders that the sentencing hearing be continued to February 27, 2020. |
| 4 | IT IS SO ORDERED. |
| 5 | DATED: November 13, 2019 |

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE