PHILLIP A. TALBERT
United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00006 MCE |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| JOHN CROSBY, *et al.*, | |
| Defendants. | |

**STIPULATION**

1. The sentencing hearing in this case is currently set for October 29, 2020. ECF No. 112.

2. In light of the continuing outbreak of the novel coronavirus causing COVID-19, the parties agree that it is in the best interests of all parties to continue the sentencing hearing.

3. Accordingly, the parties agree and stipulate, and request that the Court continue the sentencing hearing until March 18, 2021. The assigned United States Probation Officer is also available for a hearing on that date. The parties also request that the Court amend the previously set schedule for responding to the Presentence Reports and adopt the following:

    a. Counsel's written objections to the proposed Presentence Reports shall be conveyed to the Probation Officer and opposing counsel no later than February 18, 2021;

///

b. The Presentence Report shall be filed with the Court and disclosed to counsel no later than February 25, 2021;

c. Any formal objections to the PSRs shall be filed with the Court and served on the Probation Officer and opposing counsel no later than March 4, 2021;

d. Any reply, or statement of non-opposition to formal objections to the PSRs and any sentencing memorandum from a defendant shall be filed no later than March 11, 2021.

IT IS SO STIPULATED.

Dated:  September 16, 2020
/s/ Christina McCall
CHRISTINA McCALL
Assistant United States Attorney

Dated:  September 16, 2020
/s/ Elliot R. Peters, as authorized
ELLIOT R. PETERS, Esq.
ERIN MEYER, Esq.
Counsel for Defendant John Crosby

Dated:  September 16, 2020
/s/ Julia L. Allen, as authorized
JULIA L. ALLEN, Esq.
Counsel for Defendant Ines Crosby

Dated: September 16, 2020
/s/ Jerome Price, as authorized
JEROME PRICE
Assistant Federal Defender
Counsel for Defendant Leslie Lohse

**ATTESTATIONS**

The undersigned counsel of record for defendants John Crosby and Ines Crosby, jointly represented by the law firm Keker, Van Nest & Peters, LLP, hereby attest and affirm that they are not presently aware of any actual conflicts of interest regarding the joint representation of John Crosby and Ines Crosby.

IT IS SO ATTESTED.

Dated: September 16, 2020

KEKER, VAN NEST & PETERS, LLP

*/s/ Elliot R. Peters*
*/s/ Erin Meyer*
ELLIOT R. PETERS, Esq.
ERIN MEYER, Esq.
Counsel for Defendant John Crosby

Dated: September 16, 2020

KEKER, VAN NEST & PETERS, LLP

*/s/ Julia L. Allen*
JULIA L. ALLEN, Esq.
Counsel for Defendant Ines Crosby

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED that the sentencing hearing in this case will be re-set for March 18, 2021, and the Court adopts the parties' proposed schedule for responding to the Presentence Reports.

IT IS SO ORDERED.

Dated: September 16, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE