1  KEKER, VAN NEST & PETERS LLP
   ELLIOT R. PETERS - # 158708
2  epeters@keker.com
   633 Battery Street
3  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
4  Facsimile:    415 397 7188

5  Attorneys for Defendant JOHN A. CROSBY

6  KEKER, VAN NEST & PETERS LLP
   ERIN E. MEYER - # 274244
7  emeyer@keker.com
   JULIA L. ALLEN - # 286097
8  jallen@keker.com
   633 Battery Street
9  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
10 Facsimile:    415 397 7188

11 Attorneys for Defendant INES S. CROSBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN A. CROSBY, INES S. CROSBY, and LESLIE A. LOHSE,<br><br>Defendants. | Case No. 2:17-CR-00006-MCE<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |

# **STIPULATION**

1. The sentencing hearing in this case is currently set for July 8, 2021 at 10:00 a.m. ECF No. 120.

2. In light of the continuing outbreak of the novel coronavirus causing COVID 19, as well as to accommodate a conflict for defense counsel, the parties agree that it is in the best interests of all parties to continue the sentencing hearing.

3. Accordingly, the parties agree and stipulate, and request that the Court continue the sentencing hearing until September 23, 2021 at 10:00 a.m. The assigned United States Probation Officer is also available for a hearing on that date. The parties also request that the Court amend the previously set schedule for responding to the Presentence Reports and adopt the following:

   a. Counsel's written objections to the proposed Presentence Reports shall be conveyed to the Probation Officer and opposing counsel no later than August 26, 2021;

   b. The Presentence Report shall be filed with the Court and disclosed to counsel no later than September 2, 2021;

   c. Any formal objections to the PSRs shall be filed with the Court and served on the Probation Officer and opposing counsel no later than September 9, 2021;

   d. Any reply, or statement of non-opposition to formal objections to the PSRs and any sentencing memorandum from a defendant shall be filed no later than September 16, 2021.

IT IS SO STIPULATED.

Dated: June 1, 2021                                           KEKER, VAN NEST & PETERS LLP

                                                                    By:   /s/ *Elliot R. Peters*
                                                                           ELLIOT R. PETERS

                                                                           Attorneys for Defendant
                                                                           JOHN A. CROSBY

| | | |
|---|---|---|
| Dated: June 1, 2021 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Julia L. Allen* |
| | | ERIN E. MEYER |
| | | JULIA L. ALLEN |
| | | Attorneys for Defendant |
| | | INES S. CROSBY |
| Dated: June 1, 2021 | | |
| | By: | */s/ Christina McCall, as authorized* |
| | | CHRISTINA McCALL |
| | | Assistant United States Attorney |
| Dated: June 1, 2021 | | |
| | By: | */s/ Jerome Price, as authorized* |
| | | JEROME PRICE |
| | | Assistant Federal Defender |
| | | Counsel for Defendant Leslie Lohse |

## ATTESTATIONS

The undersigned counsel of record for defendants John Crosby and Ines Crosby, jointly represented by the law firm Keker, Van Nest & Peters, LLP, hereby attest and affirm that they are not presently aware of any actual conflicts of interest regarding the joint representation of John Crosby and Ines Crosby.

IT IS SO ATTESTED.

Dated: June 1, 2021

By: */s/ Elliot Peters*
ELLIOT R. PETERS
Counsel for Defendant John Crosby

Dated: June 1, 2021

By: */s/ Julia Allen*
JULIA L. ALLEN
Counsel for Defendant Ines Crosby

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court hereby ORDERS that the sentencing hearing in this case will be re-set for |
| 3 | September 23, 2021 at 10:00 a.m., and adopts the parties' proposed schedule for responding to the |
| 4 | Presentence Reports. |
| 5 | IT IS SO ORDERED. |
| 6 | Dated: June 4, 2021 |

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE