PHILLIP A. TALBERT
Acting United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>JOHN CROSBY, *et al.*,<br><br>                          Defendants. | CASE NO. 2:17-CR-00006 MCE<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |

**STIPULATION**

1.      The sentencing hearing in this case is currently set for September 23, 2021. ECF No. 123.

2.      A hearing on Motion for Orders of Restitution is currently set for September 23, 2021. ECF No. 128.

3.      In light of the continuing outbreak of the novel coronavirus causing COVID-19, ongoing restitution issues, and contested issues in the draft Presentence Reports, the parties agree that it is in the best interests of all parties to continue the sentencing hearing as well as the restitution hearing.

4.      Accordingly, the parties agree and stipulate, and request that the Court continue the sentencing hearing until February 24, 2022. The parties likewise agree, stipulate, and request that the Court continue the hearing on Motion for Orders of Restitution until February 24, 2022. The assigned United States Probation Officers are also available for a hearing on that date, and counsel for the victim Tribe indicates that date is available for his clients. The parties also request that the Court amend the

previously set schedule for responding to the Presentence Reports and adopt the following:

    a.    The Presentence Reports (PSRs) shall be filed with the Court and disclosed to counsel no later than December 16, 2021;

    b.    Any formal objections to the PSRs shall be filed with the Court and served on the Probation Officer and opposing counsel no later than January 21, 2022;

    c.    Any reply, or statement of non-opposition to formal objections to the PSRs and any sentencing memorandum from a defendant shall be filed no later than February 10, 2022.

IT IS SO STIPULATED.

Dated: September 24, 2021

*/s/ Christina McCall*
CHRISTINA McCALL
Assistant United States Attorney

Dated: September 24, 2021

*/s/ Elliot R. Peters, as authorized*
ELLIOT R. PETERS, Esq.
ERIN MEYER, Esq.
Counsel for Defendant John Crosby

Dated: September 24, 2021

*/s/ Julia L. Allen, as authorized*
JULIA L. ALLEN, Esq.
Counsel for Defendant Ines Crosby

Dated: September 24, 2021

*/s/ Jerome Price, as authorized*
JEROME PRICE
Assistant Federal Defender
Counsel for Defendant Leslie Lohse

**ATTESTATIONS**

The undersigned counsel of record for defendants John Crosby and Ines Crosby, jointly represented by the law firm Keker, Van Nest & Peters, LLP, hereby attest and affirm that they are not presently aware of any actual conflicts of interest regarding the joint representation of John Crosby and Ines Crosby.

IT IS SO ATTESTED.

Dated:  September 24, 2021               KEKER, VAN NEST & PETERS, LLP

*/s/ Elliot R. Peters*
*/s/ Erin Meyer*
ELLIOT R. PETERS, Esq.
ERIN MEYER, Esq.
Counsel for Defendant John Crosby

Dated:  September 24, 2021               KEKER, VAN NEST & PETERS, LLP

*/s/ Julia L. Allen*
JULIA L. ALLEN, Esq.
Counsel for Defendant Ines Crosby

**ORDER**

The Court hereby ORDERS that the sentencing hearing and hearing on Motion for Orders of Restitution in this case will be re-set for February 24, 2022, and adopts the parties' proposed schedule for responding to the Presentence Reports.

IT IS SO ORDERED.

Dated:  September 24, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE