PHILLIP A. TALBERT
Acting United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                    v.<br><br>JOHN CROSBY, *et al.*,<br><br>                         Defendants. | CASE NO. 2:17-CR-00006 JAM<br><br>STIPULATION TO SET SENTENCING HEARING BEFORE JUDGE MENDEZ ON FEBRUARY 24, 2022; ORDER |

**STIPULATION**

1.     The sentencing hearing in this case was previously specially set for February 24, 2022 before the Honorable Morrison C. England, Jr. ECF No. 130. This case is now assigned to the Honorable John A. Mendez, and the order re-assigning the case vacated all remaining hearing dates. ECF No. 131.

2.     The parties and counsel for the victim Tribe agree that it is in the best interests of all parties, and the public, to maintain the February 24 specially-set sentencing hearing date.

3.     Accordingly, the parties agree and stipulate, and request that the Court re-set the sentencing hearing on February 24, 2022 at 10 a.m. The assigned United States Probation Officers are also available for a hearing on that date, and counsel for the victim Tribe indicates that date is available for his clients. The parties also request that the Court adopt the previously set schedule for responding

1    to the Presentence Reports in ECF No. 130.

2

3    IT IS SO STIPULATED.

4

5    Dated:  December 3, 2021                    /s/ Christina McCall
                                                 CHRISTINA McCALL
6                                                Assistant United States Attorney

7    Dated:  December 3, 2021                    /s/ Elliot R. Peters, as authorized
                                                 ELLIOT R. PETERS, Esq.
8                                                ERIN MEYER, Esq.
                                                 Counsel for Defendant John Crosby
9

10   Dated:  December 3, 2021                    /s/ Julia L. Allen, as authorized
                                                 JULIA L. ALLEN, Esq.
11                                               Counsel for Defendant Ines Crosby

12   Dated: December 3, 2021                     /s/ Jerome Price, as authorized
                                                 JEROME PRICE
13                                               Assistant Federal Defender
                                                 Counsel for Defendant Leslie Lohse
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATIONS**

2
       The undersigned counsel of record for defendants John Crosby and Ines Crosby, jointly

3
represented by the law firm Keker, Van Nest & Peters, LLP, hereby attest and affirm that they are not

4
presently aware of any actual conflicts of interest regarding the joint representation of John Crosby and

5
Ines Crosby.

       IT IS SO ATTESTED.

6

7
  Dated:  December 3, 2021                   KEKER, VAN NEST & PETERS, LLP

8
                                     */s/ Elliot R. Peters*

9
                                     */s/ Erin Meyer*

                                     ELLIOT R. PETERS, Esq.

10
                                     ERIN MEYER, Esq.
                                     Counsel for Defendant John Crosby

11

12
  Dated:  December 3, 2021                   KEKER, VAN NEST & PETERS, LLP

13
                                       */s/ Julia L. Allen*

14
                                     JULIA L. ALLEN, Esq.
                                     Counsel for Defendant Ines Crosby

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FINDINGS AND ORDER**

The Court hereby ORDERS that the sentencing hearing in this case will be set for February 24, 2022 at 10:00 a.m. and adopts the previously ordered schedule for responding to the Presentence Reports.

Dated:  December 3, 2021                    /s/ John A. Mendez
                                            _____
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO CONTINUE SENTENCING HEARING;
ORDER