KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant JOHN A. CROSBY

KEKER, VAN NEST & PETERS LLP
ERIN E. MEYER - # 274244
emeyer@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant INES S. CROSBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN A. CROSBY, INES S. CROSBY, and LESLIE A. LOHSE,<br><br>Defendants. | Case No. 2:17-CR-00006-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR FORMAL OBJECTIONS TO PRESENTENCE REPORTS**<br><br>Judge:     Hon. John Mendez |

**STIPULATION**

1. The sentencing hearing in this case was previously specially set for February 24, 2022 before the Honorable Morrison C. England, Jr., after being continued multiple times at the request of the parties. ECF Nos. 97, 112, 120, 123, 130. This case is now assigned to the Honorable John A. Mendez, and the Court adopted the previously-set schedule for Presentence Report disclosure and formal objections, and continued the sentencing hearing to February 25, 2022. ECF Nos. 133, 138.

2. The previously-set schedule provided that any formal objections (if necessary) be filed on January 21, 2022.  ECF No. 130.  The previously-set schedule also provided that sentencing memoranda for defendants and any reply to formal objections be filed no later than February 10, 2022.  *Id*.

3. The normal date for formal objections to the presentence report (if necessary) would be February 3, 2022, based upon the February 10, 2022 reply to formal objections and defense sentencing memoranda deadline.  The parties respectfully request that the Court order that the deadline to file any formal objections to the presentence reports for John Crosby and Ines Crosby be continued to February 3, 2022.

4. The sentencing date and hearing on the Motions for Orders of Restitution remain scheduled for February 25, 2022, and the deadline to file defendants' sentencing memoranda or responses to formal objections to the presentence report remains February 10, 2022.

IT IS SO STIPULATED.

Dated:  January 20, 2022                              KEKER, VAN NEST & PETERS LLP

By:  /s/ *Elliot R. Peters*
ELLIOT R. PETERS

Attorneys for Defendant
JOHN A. CROSBY

Dated: January 20, 2022                                         KEKER, VAN NEST & PETERS LLP

By: /s/ Julia L. Allen
JULIA L. ALLEN

Attorneys for Defendant
INES S. CROSBY

Dated: January 20, 2022

By: /s/ Christina McCall, as authorized
CHRISTINA McCALL
Assistant United States Attorney

## ATTESTATIONS

The undersigned counsel of record for defendants John Crosby and Ines Crosby, jointly represented by the law firm Keker, Van Nest & Peters, LLP, hereby attest and affirm that they are not presently aware of any actual conflicts of interest regarding the joint representation of John Crosby and Ines Crosby.

IT IS SO ATTESTED.

Dated: January 20, 2022                                         KEKER, VAN NEST & PETERS LLP

By: /s/ Elliot R. Peters
ELLIOT R. PETERS

Attorneys for Defendant
JOHN A. CROSBY

Dated: January 20, 2022                                         KEKER, VAN NEST & PETERS LLP

By: /s/ Julia L. Allen
JULIA L. ALLEN

Attorneys for Defendant
INES S. CROSBY

## **ORDER**

The Court hereby ORDERS that the deadline to file any formal objections to the presentence reports for John Crosby and Ines Crosby is continued to February 3, 2022.

IT IS SO ORDERED.

Dated: January 20, 2022      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE