PHILLIP A. TALBERT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00006 JAM |
| Plaintiff, | ORDER RE RESTITUTION |
| v. | |
| JOHN A. CROSBY and INES S. CROSBY, | |
| Defendants. | |

**ORDER**

The Court, having reviewed the government's Memorandum Regarding the Method by Which the Government and Defendants Agreed Upon Restitution and Expected Testimony, including the exhibits thereto (the "government's Memo"), and good cause appearing,

IT IS HEREBY ORDERED that Special Agent Lloyd Benson's testimony will not be necessary at the restitution hearing on April 19, 2022. The Court accepts that Agent Benson's declaration and attached exhibits collectively constitute the government's proof of the restitution amounts owed by defendants pursuant to 18 U.S.C. § 3664(e). The Court finds that Agent's Benson's declaration and the attached exhibits establish, by a preponderance of the evidence, the amount of restitution the government would prove at the restitution hearing. The Court reserves ruling on whether a higher amount of restitution should ultimately be imposed, based upon the additional information put forth in briefs and documents filed by the Tribe.

[PROPOSED] ORDER

1

IT IS FURTHER ORDERED that all criminal monetary penalties imposed by the Court, including restitution, will be due in full immediately at time of sentencing and subject to immediate enforcement by the government.  Any payment schedule or plan set by the Court is merely a minimum and does not foreclose the government from collecting all criminal monetary penalties at any time through all available means.

IT IS FURTHER ORDERED that the Crosby defendants shall not sell, encumber, transfer, convey, or otherwise dispose of any of their assets without prior written consent of the United States Attorney's Office, except that they may sell, transfer, or convey personal property, including used vehicles and personal items, but not financial instruments, ownership interest in business entities or real property, with an aggregate value of less than $5,000.

IT IS FURTHER ORDERED that the Crosby defendants shall provided updated financial disclosures in advance of the restitution hearing, and no later than April 18, 2022, using the United States Attorney's Financial Disclosure Statement form.

Dated:  April 11, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE