1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-CR-00006 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **RELATED CASE ORDER** |
| JOHN A. CROSBY, | ) | |
| | ) | |
| Defendant. | ) | |
| DISCOVER BANK, (and its Successors and Assignees), | ) ) | Case No. 2:22-MC-00178 KJM-KJN |
| | ) | |
| Garnishee. | ) | |
| WELLS FARGO BANK,N.A., (and its Successors and Assignees), | ) ) | Case No. 2:22-MC-00179 WBS-CKD |
| | ) | |
| Garnishee. | ) | |
| MASS MUTUAL INSURANCE COMPANY, (and its Successors and Assignees), | ) ) ) | Case No. 2:22-MC-00180 MCE-CKD |
| | ) | |
| Garnishee. | ) | |
| PROTECTIVE LIFE INSURANCE AND ANNUITIES, (and its Successors and Assignees), | ) ) ) | Case No. 2:22-MC-00181 KJM-DB |
| | ) | |
| Garnishee. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal.

1

2005).  Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:22-MC-00178 KJM-KJN, 2:22-MC-00179 WBS-CKD, 2:22-MC-00180 MCE-CKD, 2:22-MC-00181 KJM-DB be reassigned to Judge John A. Mendez and Magistrate Judge Kendal J. Newman for all further proceedings, and any dates currently set in the reassigned cases only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:22-MC-00178 JAM-KJN, 2:22-MC-00179 JAM-KJN, 2:22-MC-00180 JAM-KJN, and 2:22-MC-00181 JAM-KJN.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of miscellaneous cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  June 17, 2022          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE