1
2
3
4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE EASTERN DISTRICT OF CALIFORNIA

6

UNITED STATES OF AMERICA,   )   Case №: 2:17-cr-00006 JAM-1
                             )
7           Plaintiff,       )
                             )          **O R D E R**
8           vs.              )   **APPOINTING COUNSEL**
                             )
9   JOHN A. CROSBY,          )
                             )
10          Defendant.       )
                             )
11  _____

12          The above-named Defendant has, under oath, sworn or affirmed as to the financial

13  inability to employ counsel or has otherwise satisfied this Court as to the financial inability to

14  obtain counsel and wishes counsel be appointed regarding a sentence reduction motion as

15  authorized by Amendment 821 of the Sentencing Guidelines Manual and pursuant to 18 U.S.C.

16  § 3582(c)(2) and U.S.S.G. § 1B1.10.  Therefore, in the interests of justice and pursuant to the

17  U.S. CONST., amend. VI, and 18 U.S.C. § 3006A,

18

19          IT IS HEREBY ORDERED that John Balazs is **APPOINTED** to represent the above

20  defendant in this case effective *nunc pro tunc*  to  December 22, 2023, substituting the Federal

21  Defenders Office appointed per G.O. 670.

22          This appointment shall remain in effect until further order of this court.

23

24   Dated: January 08, 2024                    /s/ John A. Mendez
                                         _____
25                                       THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE

26
27
28

-1-